# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:  1. Intake Clerk *

  2. Case Administrator

FROM: Financial Administrator

DATE: 11-18-10

**UC**

CASE NAME: Morgan

CASE NUMBER: 07-20647

Check Number 713082 in the amount of $ 4288.43 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 01530   Intake Clerk's Initials _OC_

* *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

#4b-F

FILED

NOV 18 2010

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## RONDA J. WINNECOUR, STANDING TRUSTEE
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470

11/17/2010

| | | |
|---|---|---|
| John J. Horner, Esquire | OR | John J. Horner, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA 15219 | | Erie, PA 16501 |

Re: FREDDIE KEVIN MORGAN
MICHELE DARCELL MORGAN
Case No: 07-20647F

Dear Mr. Horner:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Monogram Credit Card Bank Ga
C/O Recovery Mgt Systems Corp
25 Se 2Nd Ave Ste 1120
Miama,FL 33131

CHECK NUMBER 713082    AMOUNT $4288.43

   The disbursement(s) was returned to the Trustee for the following reason:

NO PROOF OF ASSIGNMENT FILED

   Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Little
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:MERLE W POWELL JR ESQ
FREDDIE KEVIN MORGAN
MICHELE DARCELL MORGAN
Monogram Credit Card Bank Ga